UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:14-CR-294-1H

UNITED STATES OF AMERICA

v.

JEFFORY JAELYN LEE

ORDER

For good cause shown, it is hereby ORDERED that the United States Marshal's Service transport the defendant, Jeffory Jaelyn Lee, to Potter's Wheel Ministries, located at 147 Faith Lane, Mount Olive, North Carolina, for a face-to-face interview in consideration of his acceptance into this inpatient program before April 22, 2016. If accepted, the defendant shall be released from cusotdy at the conclusion of the interview to begin receiving services at this facility. Should the defendant be denied, he shall remain in custody awaiting further proceedings.

IT IS SO ORDERED.

This  14th  day of    April    , 2016.

_____
Malcolm J. Howard
Senior United States District Judge