UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:14-CR-294-1H

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JEFFORY JAEYLIN LEE | ) | |

On June 9, 2015, Jeffory Jaeylin Lee appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Conspiracy to Possess With Intent to Distribute a Quantity of Marijuana, a Quantity of Psilocybin, and a Quantity of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced to the custody of the Bureau of Prisons for a term of 12 months and 1 day. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Jeffory Jaeylin Lee was released from custody and the term of supervised release commenced on June 18, 2015.

From evidence presented at the revocation hearing on April 14, 2016, the court finds as a fact that Jeffory Jaeylin Lee, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a Controlled Substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued. In light of the defendant's successful completion of Potter's Wheel, an inpatient substance abuse program, the pending violation judgment is dismissed.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 22nd day of December 2016.

_____
Malcolm J. Howard
Senior U.S. District Judge