UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jeffory Jaelyn Lee            Docket No. 5:14-CR-294-1H

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffory Jaelyn Lee, who, upon an earlier plea of guilty to 21 U.S.C. §846 and 21 U.S.C. § 841(b)(1)(C), Conspiracy to Possess With Intent to Distribute a Quantity of Marijuana, a Quantity of Psilocybin, and a Quantity of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 9, 2015, to the custody of the Bureau of Prisons for a term of 12 months and 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jeffory Jaelyn Lee was released from custody on June 18, 2015, at which time the term of supervised release commenced. On December 23, 2016, Lee appeared before the court on a Motion for Revocation, and the court dismissed the motion due to his successful completion of an inpatient treatment program and continued supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 26, 2017, Lee submitted to urine testing and the result of the sample submitted was positive for marijuana. He admitted using marijuana recently and attributed his use to stresses in his life and depression over some family issues. He and his substance abuse counselor have asked the court to impose a condition requiring mental health treatment to address these issues. As such, we agree with this recommendation and request the court hold this violation in abeyance, and impose a condition requiring Lee to participate in mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: July 11, 2017 |

## ORDER OF THE COURT

Considered and ordered this 12th day of July 2017, and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge