UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00294-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFORY JAELYN LEE | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, with the consent of counsel for the defendant, to order the disposition of firearms associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the United States Postal Inspection Service to dispose of the Glock, 23C .40 caliber firearm and Highpoint 9mm model 995 firearm, by destruction, incapacitation, or other means in accordance with its regulations, as previously abandoned by the defendant by agreement with the United States at Docket Entry 22.

This the 5th day of December 2017.

MALCOLM J. HOWARD
Senior United States District Judge